United States Court of Appeals
Fifth Circuit

**F I L E D**

June 4, 2003

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-51388
Summary Calendar
_____

VIRGIL E. MATHIS,

Plaintiff-Appellant,

v.

JAMES D. ROCHE,  Secretary U.S. Air Force,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Western District of Texas
02-CV-10

_____

Before BARKSDALE, DEMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellant Virgil Mathis (Mathis) appeals from an adverse summary judgment denying his

employment discrimination claim against the Secretary of the Air Force (Secretary).  The district

court assumed that Mathis established a prima facie case but concluded that Mathis failed to offer any

_____

[*]Pursuant to 5TH CIR. R.  47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

evidence to show that the Secretary's proferred legitimate non-discriminatory reasons for its employment decision were pretextual. Mathis's brief makes no argument directed to the district court's adverse finding on pretext, nor does it properly cite to the record or any authorities in support of Mathis's general argument that the summary judgment was improper. In short, Mathis has waived his arguments by submitting an inadequate brief. Moreover, our independent review of the record and summary judgment evidence convinces us the district court correctly determined that Mathis presented no evidence to rebut the Secretary's non-discriminatory reasons/or its employment decisions.

AFFIRMED